UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL CIVIL ACTION

VERSUS

LOUISIANA PAROLE BOARD, ET AL. NO. 26-00601-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's fourth **Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1)**. On September 21, 2026, the Magistrate Judge issued a **Report and Recommendation (Doc. 3, the "Report")**, recommending that the Court deny Petitioner's Petition with prejudice as duplicative and deny Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 2) as moot. Petitioner's deadline to object to the Report has passed without any objection.

The Report explains that the Petition is duplicative of the other Petitions for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed in No. 25-CV-00273-JWD-RLB, No. 26-CV-00115-JWD-SDJ, and No. 26-CV-00505-SDD-RLB, as it asserts the same claims presented in those petitions and against similar defendants. As the Report explains, Petitioner is not entitled to maintain these similar, separate Section 2241 actions. Because this Petition is not the first one filed, the Court may dismiss it pursuant to the first-filed rule. *See, e.g.*, *Oliney v. Gardner*, 771 F.2d 856, 859 (5th Cir. 1985) (a plaintiff has "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant"); *Save Power Ltd. v. Syntek Fin. Corp.*, 121 F.3d 947, 950 (5th Cir. 1997)

("The Fifth Circuit adheres to the general rule that the court in which an action is first filed is the appropriate court to determine whether subsequently filed cases involving substantially similar issues should proceed."); *Banks v. Ma'at,* No. 2:20-CV-1610, 2022 WL 3644070, at *2 (W.D. La. Aug. 5, 2022), *report and recommendation adopted,* No. 2:20-CV-1610, 2022 WL 3636384 (W.D. La. Aug. 23, 2022) (dismissing a subsequent Section 2241 Petition as duplicative because it alleged the same claims as a previous Section 2241 Petition pursuant to the first-filed rule); *Benson v. Wolf,* No. 6:20-CV-01051, 2020 WL 6143212, at *1 (W.D. La. Sept. 24, 2020), *report and recommendation adopted sub nom. Njuguna v. Wolf,* No. 6:20-CV-01051, 2020 WL 6064913 (W.D. La. Oct. 14, 2020) (same). The Court instructs Petitioner that the continued filing of duplicative actions may result in court-ordered sanctions.

Having carefully considered Plaintiff's Petition and the Report, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED AS MOOT**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 8th day of October, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**